IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Baldwin, Minnie

Printed: 1/29/08

Case Number: 07 B 11954
Judge: Squires, John H
Filed: 7/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 855.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 808.83 |
| Trustee Fee: |  | 46.17 |
| Other Funds: |  | 0.00 |
| Totals: | 855.00 | 855.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,414.00 | 808.83 |
| 2. | World Savings & Loan Associati | Secured | 0.00 | 0.00 |
| 3. | World Savings & Loan Associati | Secured | 9,016.00 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 812.39 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 1,575.93 | 0.00 |
| 6. | Nicor Gas | Unsecured | 4,227.67 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 1,959.42 | 0.00 |
| 8. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 9. | Financial Credit Network | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,005.41 | $ 808.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 46.17 |
|  | $ 46.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Baldwin, Minnie | Case Number:  07 B 11954 |
| | Judge:  Squires, John H |
| Printed:  1/29/08 | Filed:  7/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

